DECEMBER 20, 1938

No. 4481. Haruta & Co., Inc. v. United States. Entered at New York. Reap. Dec. 4445. Motion by defendant.